## DRAKE v. STATE.
### No. 21974.

Court of Criminal Appeals of Texas.

March 4, 1942.

J. W. McCullough, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Theft of chickens is the offense. The penalty assessed is confinement in the county jail for a term of 10 days.

The indictment appears regular. The record is before us without bills of exception or a statement of facts. Appellant entered a plea of guilty to the offense charge, and waived a jury upon the trial.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## DRAKE v. STATE.
### No. 21975.

Court of Criminal Appeals of Texas.

March 4, 1942.

J. W. McCullough, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for chicken theft. The punishment assessed is confinement in the county jail for five days.

The record is before us without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged and waived a trial by jury. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.